878

No. 283. GORDON v. GORDON. Supreme Court of Florida. Certiorari denied. *Bernard F. Garvey* for petitioner. *S. P. Robineau* for respondent.

No. 298. ZEPHYR AIRCRAFT CORP. v. UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Loring M. Black* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 331. HINES v. CITY OF MAYSVILLE. Court of Appeals of Kentucky. Certiorari denied. *James A. Cobb* and *George E. C. Hayes* for petitioner. *M. J. Hennessey* for respondent.

No. 342. DAVENA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. M. Mull, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack* and *John Lockley* for the United States.

No. 344. MARR, DOING BUSINESS AS MARR DUPLICATOR Co., v. A. B. DICK Co. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward D. Bolton* and *M. Neil Andrews* for petitioner. *Charles A. Horsky, Wilbur R. Lester* and *Bruce Bromley* for respondent.

No. 347. MILLER v. E. I. DUPONT DE NEMOURS & Co. Supreme Court of Oklahoma. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or